## JACKSON *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 14, September Term, 1966.]

*Decided December 16, 1966.*

Before HAMMOND, C. J., and HORNEY, MARBURY, BARNES and McWILLIAMS, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Joseph L. Carter in the lower court, the application for leave to appeal is denied.

*Application denied.*